✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 2 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:11-CR-132-RLH (CWH) |
| STEVE LYON LAZARUS, ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on October 12, 2011, defendant STEVE LYON LAZARUS, pled guilty to Count Four of a Five-Count Criminal Indictment charging him in Count Four with Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and (b). Docket #1.

This Court finds defendant STEVE LYON LAZARUS, agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and the Bill of Particulars and agreed to in the Plea Memorandum. #1, #14.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment, the Bill of Particulars, and in the Plea Memorandum and the offense to which defendant STEVE LYON LAZARUS pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3):

1
2   a)  all visual depictions described in Title 18, United States Code, Sections 2251,
3       2251A, 2252, and 2252A;
4   b)  all items containing such visual depictions, which were transported,
5       shipped and received in violation of Title 18, United States Code,
6       Section 2252A;
7   c)  all property, real or personal, used or intended to be used to commit or to promote
8       the commission of such offense or any property traceable to such property, including
9       but not limited to computer images, including movie files, depicting a minor engaging
10      in sexually explicit conduct and the diskettes and hard drives on which they are
11      maintained; and
12  d)  Maxtor 120 GB hard drive, serial number Y35743XE ("property").
13  This Court finds the United States of America is now entitled to, and should, reduce the
14  aforementioned property to the possession of the United States of America.
15  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
16  United States of America should seize the aforementioned property.
17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
18  STEVE LYON LAZARUS in the aforementioned property is forfeited and is vested in the United
19  States of America and shall be safely held by the United States of America until further order of the
20  Court.
21  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
22  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
23  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
24  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
25  the name and contact information for the government attorney to be served with the petition,
26  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Nevada State Bar No. 1925
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 12 day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

3